IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WENDI L MEER,<br><br>            Plaintiff,<br>vs.<br><br>DENNIS DILLON AUTO PARK & TRUCK CENTER, INC., NORTHWEST LEASING, TREASURE VALLEY LEASING, INC., DENNIS E. DILLON, JOAN B. DILLON, BRADLEY B. DILLON, DENNIS T. MCCURRY, DUANE A. SESSIONS, JERRON MOORE, CHARLENE SILVA, JEFF LILLY,<br><br>            Defendants. | Case No.  1:12-CV-025-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

Pursuant to the "Dismissal of Defendant" (docket no. 37) filed by plaintiff

NOW THEREFORE IT IS HEREBY ORDERED, that defendant Jeff Lilly be DISMISSED.

DATED:  February 18, 2013

B. LYNN WINMILL
Chief Judge
United States District Court

Memorandum Decision & Order - 1